UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ROMERO, | No. 2:13-cv-1148 KJM CMK P |
| Petitioner, | |
| v. | ORDER |
| P. D. BRAZELTON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the San Bernardino County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Bernardino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

/////

/////

/////

1

1       2.  This matter is transferred to the United States District Court for the Central District of
2  California.

4  Dated: November 18, 2013

                                                                          CRAIG M. KELLISON
                                                                          UNITED STATES MAGISTRATE JUDGE

/kly
rome 13cv1148.108